UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DOUG SNOWDER,

        NO. CIV. S-11-3026 LKK/JFM

    Plaintiff,

   v.

        O R D E R

WELLS FARGO BANK, N.A., et al.,

    Defendants.

                                /

    A status conference was held in chambers on February 13, 2012. After hearing, the court orders as follows:

    1.  A further status conference is set for February 27, 2012 at 2:00 p.m.

    IT IS SO ORDERED.

    DATED:  February 13, 2012.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1